1 Robert A. Bailey (# 214688)
    rbailey@afrct.com
2 E. Christine Hehir (#201969)
    chehir@afrct.com
3 ANGLIN, FLEWELLING, RASMUSSEN,
    CAMPBELL & TRYTTEN LLP
4 199 South Los Robles Avenue, Suite 600
  Pasadena, California 91101-2459
5 Telephone:  (626) 535-1900
  Facsimile:   (626) 577-7764

Attorneys for Defendant WELLS FARGO
BANK, N.A., successor by merger with
Wells Fargo Bank Southwest, N.A. formerly
known as Wachovia Mortgage, FSB
formerly known as World Savings Bank,
FSB ("Wells Fargo")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MICHAEL J. WEBER LIVING TRUST, | CASE NO.:  3:12-CV-06122-LB |
| Plaintiff, | [The Honorable Laurel Beeler] |
| vs. | CERTIFICATE OF SERVICE OF INITIAL FILING DOCUMENTS |
| WELLS FARGO BANK, N.A.; and DOES 1 through 100, inclusive, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**CERTIFICATE OF SERVICE OF INITIAL FILING DOCUMENTS:**

1. Notice of Removal by Wells Fargo Pursuant to 28 U.S.C.§1332 [Diversity Jurisdiction];
2. Civil Cover Sheet;
3. Certification and Notice of Interested Parties;
4. Order Setting Initial Case Management Conference and ADR Deadlines;
5. Magistrate Judge Laurel Beeler's Standing Orders;
6. Standing Order For All Judges of the Northern District of California re Contents of Joint Case Management Statement;
7. Notice of Assignment of Case to a United States Magistrate Judge For Trial; Consent to Proceed Before A Magistrate Judge; Declination to Proceed Before a Magistrate Judge and Request For Reassignment to a United States District Judge;
8. U.S. District Court Northern California ECF Registration Information and Handout;
9. Welcome the United States District Court Northern District of California, San Francisco Office Hours Handout.

on the interested parties in said case as follows:

| *Served via the Court's CM/ECF System:* | *Served by Means other than the Court's CM/ECF System:* |
|---|---|
| *Counsel for Plaintiff:* | *Counsel for Plaintiff:* |
| Gabriel D. Klug<br>SMART & KLUG LLP<br>8880 Cal Center Drive, Suite 400<br>Sacramento, California 94826<br>Tel: 916.361.6020 \| Fax: 916.361.6021<br>gkluglaw@gmail.com | David L. Smart<br>SMART & KLUG LLP<br>8880 Cal Center Drive, Suite 400<br>Sacramento, California 94826<br>Tel: 916.361.6020 \| Fax: 916.361.6021 |

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on December 19, 2012.

| Christine Daniel | */s/ Christine Daniel* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |