DAVID L. SMART, ESQ. (SBN 262533)
GABRIEL D. KLUG, ESQ. (SBN 249281)
**SMART & KLUG, LLP**
8880 Cal Center Drive, Suite 400
Sacramento, CA 95826
Tel.: (916) 361-6020
Fax: (916) 361-6021

Attorneys for Plaintiff
THE MICHAEL J. WEBER LIVING TRUST

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MICHAEL J. WEBER LIVING TRUST, | ) Case No.: 3:12-CV-06122-LB ) |
| Plaintiff, | ) **NOTICE OF DISMISSAL** ) **FED. R. CIV. P. 41(a)(1)** |
| vs. | ) |
| WELLS FARGO BANK, N.A.; and DOES 1 through 100, inclusive, | ) ) |
| Defendants. | ) ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiff THE MICHAEL J. WEBER LIVING TRUST dismisses this action, in its entirety, without prejudice.

Defendant WELLS FARGO BANK, N.A. has been served with been served with process, and has not filed an answer or motion for summary judgment.  Plaintiff has not dismissed any other action based on or including the same claim or claims as those presented in this action.

DATED: January 25, 2013                                Respectfully submitted,

                                                    SMART & KLUG, LLP

                                                    __/s/ David L. Smart_____
                                                    David L. Smart
                                                    Attorneys for Plaintiff

# PROOF OF SERVICE

I am employed in the City and County of Sacramento, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 8880 Cal Center Drive, Suite 400, Sacramento, CA 95826.

On January 25, 2013, I served the following documents on the persons below as follows:

### NOTICE OF DISMISSAL FED. R. CIV. P. 41(a)(1)

E. Christine Hehir
ANGLIN, FLEWELLING, RAMUSSEN, CAMPBELL, & TRYTTEN, LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101
626-535-1900
Fax: 626-577-7764
chehir@afrct.com
*Counsel for Defendant*

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Sacramento, California.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service.  A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

   I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

   Executed on **January 25, 2013**, at Sacramento, California.

| Mandeep K. Dhaliwal | /s/ Mandeep K. Dhaliwal |
|---|---|
| (Type or print name) | (Signature) |